JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE ANDERSON; YOLANDA JAMES; LISA YVONNE FRAZIER,<br><br>Plaintiffs,<br><br>vs.<br><br>SMITHFIELD PACKAGED MEATS CORP., a Delaware corporation, AEROTEK, INC., a Maryland corporation, JAYME RIOS, an individual, AND ROES 1 THROUGH 100,<br><br>DEFENDANTS. | Case No. 2:20-CV-01655-AB-MRWx<br><br>[Assigned to Hon. André Birotte, Jr.]<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANTS SMITHFIELD PACKAGED MEATS CORP., AND JAYME RIOS**<br><br>F.R.C.P. 41(A)(1)(A)(II) |

/ / /

/ / /

/ / /

/ / /

## ORDER

**IT IS HEREBY ORDERED** that, as between Plaintiffs GERALDINE ANDERSON, YOLANDA JAMES, and LISA YVONNE FRAZIER, and Defendants SMITHFIELD PACKAGED MEATS CORP. and JAYME RIOS, this matter is dismissed with prejudice, including all claims stated herein, with each party to bear their own attorney's fees and costs.

Dated: September 8, 2020

_____
Hon. André Birotte, Jr.
United States District Judge